**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**WICHITA FALLS DIVISION**

| | | |
|---|---|---|
| **MARY L. SPRINGER,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| v. | § | **Civil Action No. 7:23-cv-00003-O-BP** |
| | § | |
| **COMMISSIONER OF** | § | |
| **SOCIAL SECURITY,** | § | |
| | § | |
| **Defendant.** | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. No objections were filed. The District Court reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

Accordingly, Defendant is **ORDERED** to pay Plaintiff Mary L. Springer, in care of Howard D. Olinsky, an attorney, Olinsky Law Group, 250 S. Clinton St., Ste. 210, Syracuse, NY 13202, fees under the Equal Access to Justice Act in the agreed upon, reduced total amount of $4,897.28 for 1.0 hour of attorney services in 2022 at a rate of $224.12 per hour and for 17.8 hours in 2023 at a rate of $232.20 per hour and for 5.4 hours of paralegal services in 2022 and 2023 at a rate of $100.00 per hour, if the Department of the Treasury determines that Plaintiff owes no debt that is subject to offset.

SO ORDERED this 14th day of December, 2023.

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**